**Order entered August 31, 2015**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-15-00147-CR

**ROBERT EARL MARZETT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 1**
**Collin County, Texas**
**Trial Court Cause No. 001-83797-2014**

## ORDER

Appellant is representing himself on this appeal, as well as the appeal in 05-15-00148-CR. Appellant's brief in this appeal is overdue. Although he filed a separate brief in 05-15-00148-CR, that brief does not appear to raise issues or seek relief from his conviction in the above appeal.

Accordingly, we **ORDER** appellant to file a brief in the above appeal within **FIFTEEN DAYS** of the date of this order. If no brief is filed within that time, the Court will order the appeal submitted without briefs. *See* TEX. R. APP. P. 38.8(b)(4); *Lott v. State*, 874 S.W.2d 687 (Tex. Crim. App. 1994).

We **DIRECT** the Clerk to send copies of this order to Robert Earl Marzett and to the Collin County District Attorney's Office.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE